IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| LAURA CATENA, GREGORY NOVOTNY, | ) ) ) | |
| Plaintiffs, | ) ) ) | 2:20-CV-00160-MJH |
| vs. | ) ) ) | |
| NVR, INC., | ) ) ) | |
| Defendant, | | |

## AMENDED JUDGMENT

Following the Jury Verdict (ECF No. 85) and Court's disposition of Plaintiffs' Motions to Alter Judgment for Pre and Post-Judgment Interest, Motion to Alter Judgment for Treble Damages, Motion for Attorneys' Fees and Costs (ECF Nos. 115, 116, and 126), an Amended Judgment is hereby entered in favor of Plaintiffs and against NVR, Inc. as follows:

a.  Breach of Limited Warranty …………………………………………$23,877.20

b.  Violations of the UTPCPL molded to include treble damages……....$367,775.60

c.  Pre-Judgment Interest…………………………………………………...$6,425.26

d.  Attorneys' fees, expert fees, and costs……………………………….$358,666.39

   TOTAL…………………………………………..$756,744.44

e.  Consistent with the Stipulation of the Parties (ECF No. 125), any Post-Judgment Interest will be calculated at the rate of 3.91% per annum.

Dated:   March 20, 2023

*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge